

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2014

No. 04-14-00485-CV

**IN RE** Maria Del Socorro **GONZALEZ** and Cesario Gonzalez

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Karen Angelini, Justice
     Rebeca C. Martinez, Justice
     Luz Elena D. Chapa, Justice

On July 8, 2014, relators filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than July 18, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency relief is GRANTED IN PART. The trial court's June 27, 2014 Order for Possession and Access is temporarily stayed and may not be enforced pending final resolution of the mandamus petition filed in this court.

It is so **ORDERED** on July 9th, 2014.       PER CURIAM

ATTESTED TO: _____
       Keith E. Hottle
       Clerk of Court

---

[1] This proceeding arises out of Cause No. 7,848, styled *In the Interest of C.J.V., A Child*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable H. Paul Canales presiding.